No. 169. BRANNAN ET AL. *v.* HARRISON, COMPTROLLER GENERAL. Jurisdictional statement submitted October 12, 1931. Decided October 26, 1931. *Per Curiam:* The appeal herein is dismissed. *Louisiana Navigation Co., Ltd.,* v. *Oyster*

*Commission,* 226 U. S. 99, 101; *Reddall* v. *Bryan,* 24 How. 420; *Bruce* v. *Tobin,* 245 U. S. 18, 19; *Verden* v. *Coleman,* 18 How. 86; *Moses* v. *The Mayor,* 15 Wall. 387. *Mr. C. N. Davie* for appellants. *Messrs. Robert S. Parker* and *T. R. Gress* for appellee.